Gilbert L. WINSCHEL, Petitioner–Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Intervenor–Appellant.

No. 56734.

Missouri Court of Appeals, Eastern District, Division One.

March 20, 1990.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Sp. Asst. Atty. Gen., Missouri Dept. of Revenue, Jefferson City, for intervenor-appellant.

ORDER

PER CURIAM.

The Director of Revenue (Director) appeals from the trial court's order sustaining petitioner's application for a hardship driving privilege. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).